UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-81292-Ryaskamp/Vitunac

STEVEN SIEGLER, individually, and on behalf of all
others similarly situated,

        Plaintiff,

vs.

BEST BUY CO. OF MINNESOTA, INC., a Minnesota
Corporation, d/b/a BEST BUY CO., INC.,

        Defendant.
_____/

## NOTICE OF NINETY DAYS EXPIRING

Plaintiff, STEVEN SIEGLER, by and through the undersigned counsel, pursuant to Local Rule 7.1(b), files this Notice of Ninety Days Expiring, and states as follows:

1. On January 20, 2012, Defendant filed its Motion to Dismiss and Incorporated Memorandum of Law [D.E. 11].

2. On February 21, 2012, Plaintiffs filed their Response in Opposition to Defendant's Motion to Dismiss [D.E. 16].

3. On February 28, 2012, Defendant filed its Reply Memorandum of Law in Support of its Motion to Dismiss [D.E. 17].

4. Ninety (90) days have elapsed since Defendant filed its Reply [D.E. 17].

Siegler v. Best Buy Co. of Minnesota, Inc.
Case No.: 11-CV-81292-Ryaskamp/Vitunac
Page 2

## CERTIFICATE OF SERVICE

  I hereby certify that on June 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

  s/GREGORY S. WEISS
  GREGORY S. WEISS (Florida Bar No.: 163430)
  Email:  gweiss@leopold-law.com
  LEOPOLD LAW, P.A.
  2925 PGA Boulevard, Suite 200
  Palm Beach Gardens, FL 33410
  Telephone:  (561) 515-1400
  Facsimile:   (561) 515-1401

  s/ STEPHEN M. COHEN
  STEPHEN M. COHEN (Florida Bar No.: 335614)
  Email: stephen@smcohenlaw.com
  LAW OFFICES OF STEPHEN M. COHEN, P.A.
  4500 PGA Boulevard, Suite 104
  Palm Beach Gardens, FL 33418
  Phone: (561) 624-2201
  Fax:     (561) 624-2289

  *Attorneys for Plaintiff*

Siegler v. Best Buy Co. of Minnesota, Inc.
Case No.: 11-CV-81292-Ryaskamp/Vitunac
Page 3

## SERVICE LIST

**Lawrence A. Farese, Esq.**
LAFarese@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI, LLP
711 Fifth Avenue South, Suite 201
Naples, Florida  34102
Tel.: 239-430-7070
Fax: 239-213-1970

**Joel A. Mintzer, Esq. (***admitted pro hac vice***)**
JAMintzer@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
Tel.: 612-349-8500
Fax: 612-339-4181

Attorneys for Defendant