UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-81292-CIV-RYSKAMP/HOPKINS

STEVEN SIEGLER, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.

BEST BUY CO. OF MINNESOTA, INC.,
a Minnesota Corporation, d/b/a BEST BUY
CO., INC.,

    Defendant.
_____/

**FINAL JUDGMENT**

THE COURT, having granted Defendant's motion to dismiss with prejudice, hereby

ORDERS AND ADJUDGES that FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendant Best Buy Co. of Minnesota, Inc. and against Plaintiff Steven Siegler. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 12th day of June, 2012.

                                  S/Kenneth L. Ryskamp
                                KENNETH L. RYSKAMP
                                UNITED STATES DISTRICT COURT